16369.  CARPENTER *v.* THE STATE.

BROYLES, C. J. 1. A portion of the defendant's statement to the jury authorized the charge upon the law of voluntary manslaughter.
2. The fact that the wife of a juror in a criminal case is related to the wife of the prosecutor is no ground for a new trial.

"The groom and bride each comes within
The circle of the other's kin;
But kin and kin are still no more
Related than they were before."

Bleckley, C. J., in *Central Railroad Co.* v. *Roberts*, 91 *Ga.* 517 (18 S. E. 315).

3. The remaining grounds of the amendment to the motion for a new trial show no cause for a reversal of the judgment below, and the verdict was authorized by the evidence.

*Judgment affirmed.*  *Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 9, 1925.

Conviction of manslaughter; from Telfair superior court—Judge Graham.  February 23, 1925.

*L. C. Harrell, R. W. Cooper, W. S. Mann,* for plaintiff in error.

*M. H. Boyer, solicitor-general,* contra.